# Exhibit 5

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 01/30/2009 8:00 AM | 01/30/2009 5:44 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/02/2009 8:00 AM | 02/02/2009 4:34 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/03/2009 7:59 AM | 02/03/2009 6:22 PM | 9.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/04/2009 7:59 AM | 02/04/2009 5:42 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/05/2009 7:59 AM | 02/05/2009 4:51 PM | 4.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/05/2009 7:59 AM | 02/05/2009 4:51 PM | 3.75 | | | | | | | | |
| Wilson, Marvin E | 02/06/2009 8:00 AM | 02/06/2009 4:31 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/09/2009 7:59 AM | 02/09/2009 4:41 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/10/2009 8:00 AM | 02/10/2009 5:39 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/11/2009 7:59 AM | 02/11/2009 4:31 PM | 1.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/11/2009 7:59 AM | 02/11/2009 4:31 PM | 6.50 | | | | | | | | |
| Wilson, Marvin E | 02/13/2009 8:00 AM | 02/13/2009 5:07 PM | 8.50 | 78.00 | 21.589315 | $1,683.97 | 4.50 | 4.50 | 87.00 | 8.75 | $761.25 |
| Wilson, Marvin E | 02/17/2009 7:59 AM | 02/17/2009 5:02 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/18/2009 8:00 AM | 02/18/2009 4:52 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/19/2009 7:58 AM | 02/19/2009 5:07 PM | 1.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/19/2009 7:58 AM | 02/19/2009 5:07 PM | 6.75 | | | | | | | | |
| Wilson, Marvin E | 02/20/2009 8:01 AM | 02/20/2009 4:37 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/21/2009 7:59 AM | 02/21/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/23/2009 7:53 AM | 02/23/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/25/2009 7:59 AM | 02/25/2009 4:39 PM | 0.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/25/2009 7:59 AM | 02/25/2009 4:39 PM | 8.00 | 66.00 | 21.589315 | $1,424.89 | 4.00 | 4.00 | 74.00 | 8.75 | $647.50 |
| Wilson, Marvin E | 02/27/2009 7:58 AM | 02/27/2009 4:48 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/28/2009 7:57 AM | 02/28/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/02/2009 7:59 AM | 03/02/2009 5:57 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/03/2009 8:00 AM | 03/03/2009 4:44 PM | 2.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/03/2009 8:00 AM | 03/03/2009 4:44 PM | 6.25 | | | | | | | | |
| Wilson, Marvin E | 03/09/2009 7:59 AM | 03/09/2009 4:54 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/10/2009 8:00 AM | 03/10/2009 6:07 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/11/2009 8:00 AM | 03/11/2009 4:51 PM | 2.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/11/2009 8:00 AM | 03/11/2009 4:51 PM | 6.00 | 60.25 | 22.064428 | $1,329.37 | 3.50 | 3.50 | 67.25 | 8.75 | $588.44 |
| Wilson, Marvin E | 03/13/2009 8:00 AM | 03/13/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/14/2009 7:58 AM | 03/14/2009 5:08 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/17/2009 7:59 AM | 03/17/2009 5:25 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/19/2009 7:59 AM | 03/19/2009 4:38 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/20/2009 7:59 AM | 03/20/2009 4:29 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/21/2009 7:59 AM | 03/21/2009 9:00 AM | 1.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/24/2009 7:59 AM | 03/24/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/25/2009 7:59 AM | 03/25/2009 4:54 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/26/2009 7:59 AM | 03/26/2009 5:11 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/27/2009 8:02 AM | 03/27/2009 4:34 PM | 8.00 | 68.25 | 22.064428 | $1,505.89 | 4.50 | 4.50 | 77.25 | 8.75 | $675.94 |
| Wilson, Marvin E | 03/28/2009 7:59 AM | 03/28/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/31/2009 8:00 AM | 03/31/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/01/2009 8:00 AM | 04/01/2009 2:58 PM | 6.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/02/2009 7:59 AM | 04/02/2009 5:29 PM | 9.00 | | | | 0.50 | 0.50 | | | |

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 04/03/2009 7:59 AM | 04/03/2009 7:27 PM | 11.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/04/2009 8:00 AM | 04/04/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/07/2009 7:59 AM | 04/07/2009 5:31 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/08/2009 7:59 AM | 04/08/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/09/2009 7:59 AM | 04/09/2009 4:40 PM | 4.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/09/2009 7:59 AM | 04/09/2009 4:40 PM | 4.00 | 83.75 | 22.06428 | $1,847.88 | 5.00 | 5.00 | 93.75 | 8.75 | $820.31 |
| Wilson, Marvin E | 04/10/2009 7:57 AM | 04/10/2009 6:04 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/14/2009 7:59 AM | 04/14/2009 4:31 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/15/2009 7:59 AM | 04/15/2009 5:33 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/16/2009 7:58 AM | 04/16/2009 4:30 PM | 2.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/16/2009 7:58 AM | 04/16/2009 4:30 PM | 5.50 | | | | | | | | |
| Wilson, Marvin E | 04/17/2009 7:59 AM | 04/17/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/18/2009 7:59 AM | 04/18/2009 4:29 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/21/2009 7:59 AM | 04/21/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/22/2009 7:59 AM | 04/22/2009 4:56 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/23/2009 7:59 AM | 04/23/2009 4:30 PM | 0.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/23/2009 7:59 AM | 04/23/2009 4:30 PM | 7.50 | 75.00 | 22.06428 | $1,654.82 | 4.50 | 4.50 | 84.00 | 8.75 | $735.00 |
| Wilson, Marvin E | 04/24/2009 7:58 AM | 04/24/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/25/2009 7:58 AM | 04/25/2009 4:31 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/28/2009 8:00 AM | 04/28/2009 4:31 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/29/2009 8:00 AM | 04/29/2009 4:40 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/30/2009 7:55 AM | 04/30/2009 5:01 PM | 0.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/30/2009 7:55 AM | 04/30/2009 5:01 PM | 7.75 | | | | | | | | |
| Wilson, Marvin E | 05/01/2009 8:00 AM | 05/01/2009 5:04 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/02/2009 8:01 AM | 05/02/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/06/2009 7:59 AM | 05/06/2009 4:43 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/07/2009 7:59 AM | 05/07/2009 5:29 PM | 9.00 | 74.50 | 22.06428 | $1,643.79 | 4.50 | 4.50 | 83.50 | 8.75 | $730.63 |
| Wilson, Marvin E | 05/08/2009 7:59 AM | 05/08/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/09/2009 8:01 AM | 05/09/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/12/2009 8:00 AM | 05/12/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/13/2009 7:59 AM | 05/13/2009 4:37 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/14/2009 7:58 AM | 05/14/2009 4:32 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/15/2009 8:04 AM | 05/15/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/16/2009 8:00 AM | 05/16/2009 4:48 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/19/2009 7:57 AM | 05/19/2009 4:31 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/20/2009 7:58 AM | 05/20/2009 4:31 PM | 0.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/20/2009 7:58 AM | 05/20/2009 4:31 PM | 7.75 | 72.25 | 22.06428 | $1,594.14 | 4.50 | 4.50 | 81.25 | 8.75 | $710.94 |
| Wilson, Marvin E | 05/22/2009 8:00 AM | 05/22/2009 5:28 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/23/2009 7:58 AM | 05/23/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/28/2009 7:59 AM | 05/28/2009 5:39 PM | 2.25 | | | | | | | | |
| Wilson, Marvin E | 05/28/2009 7:59 AM | 05/28/2009 5:39 PM | 7.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/29/2009 7:56 AM | 05/29/2009 5:21 PM | 8.75 | | | | | | | | |
| Wilson, Marvin E | 05/30/2009 7:59 AM | 05/30/2009 4:30 PM | 8.00 | 43.00 | 22.06428 | $948.76 | 2.50 | 2.50 | 48.00 | 8.75 | $420.00 |

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 06/05/2009 7:59 AM | 06/05/2009 4:39 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/09/2009 7:59 AM | 06/09/2009 4:45 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/10/2009 8:00 AM | 06/10/2009 5:02 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/11/2009 8:00 AM | 06/11/2009 6:26 PM | 3.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/11/2009 8:00 AM | 06/11/2009 6:26 PM | 7.00 | | | | 0.50 | | | | |
| Wilson, Marvin E | 06/12/2009 8:00 AM | 06/12/2009 4:34 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/16/2009 8:00 AM | 06/16/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/17/2009 8:00 AM | 06/17/2009 4:43 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/18/2009 7:58 AM | 06/18/2009 4:37 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/20/2009 8:00 AM | 06/20/2009 5:54 PM | 9.50 | 67.25 | 22.06428 | $1,483.82 | 4.00 | 4.00 | 75.25 | 8.75 | $658.44 |
| Wilson, Marvin E | 06/23/2009 8:00 AM | 06/23/2009 5:05 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/24/2009 7:59 AM | 06/24/2009 5:08 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/25/2009 8:00 AM | 06/25/2009 4:46 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/26/2009 8:01 AM | 06/26/2009 4:39 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/30/2009 8:00 AM | 06/30/2009 5:44 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/01/2009 8:00 AM | 07/01/2009 5:05 PM | 2.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/01/2009 8:00 AM | 07/01/2009 5:05 PM | 6.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/03/2009 8:00 AM | 07/03/2009 4:30 PM | 8.00 | 61.00 | 22.06428 | $1,345.92 | 3.50 | 3.50 | 68.00 | 8.75 | $595.00 |
| Wilson, Marvin E | 07/07/2009 8:00 AM | 07/07/2009 4:42 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/08/2009 8:00 AM | 07/08/2009 4:35 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/09/2009 8:00 AM | 07/09/2009 5:28 PM | 1.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/09/2009 7:58 AM | 07/09/2009 5:28 PM | 7.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/10/2009 7:52 AM | 07/10/2009 5:18 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/11/2009 8:01 AM | 07/11/2009 4:56 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/14/2009 7:59 AM | 07/14/2009 5:13 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/15/2009 7:59 AM | 07/15/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/16/2009 8:01 AM | 07/16/2009 5:00 PM | 2.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/16/2009 8:01 AM | 07/16/2009 5:00 PM | 5.75 | | | | | | | | |
| Wilson, Marvin E | 07/17/2009 8:00 AM | 07/17/2009 4:35 PM | 8.00 | 76.00 | 22.06428 | $1,676.89 | 4.50 | 4.50 | 85.00 | 8.75 | $743.75 |
| Wilson, Marvin E | 07/18/2009 7:58 AM | 07/18/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/22/2009 7:59 AM | 07/22/2009 5:16 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/23/2009 8:00 AM | 07/23/2009 4:30 PM | 0.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/23/2009 8:00 AM | 07/23/2009 4:30 PM | 7.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/24/2009 7:58 AM | 07/24/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/25/2009 8:00 AM | 07/25/2009 4:33 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/29/2009 8:00 AM | 07/29/2009 5:34 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/30/2009 8:00 AM | 07/30/2009 5:30 PM | 2.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 07/30/2009 8:00 AM | 07/30/2009 5:30 PM | 7.00 | | | | | | | | |
| Wilson, Marvin E | 07/31/2009 7:59 AM | 07/31/2009 4:55 PM | 8.50 | 66.75 | 22.06428 | $1,472.79 | 4.00 | 4.00 | 74.75 | 8.75 | $654.06 |
| Wilson, Marvin E | 08/04/2009 7:58 AM | 08/04/2009 4:33 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/05/2009 7:59 AM | 08/05/2009 5:53 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/06/2009 7:59 AM | 08/06/2009 4:32 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/07/2009 8:00 AM | 08/07/2009 4:38 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/08/2009 8:00 AM | 08/08/2009 6:25 PM | 10.00 | | | | 0.50 | | | | |

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 08/09/2009 7:59 AM | 08/09/2009 4:28 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/11/2009 8:00 AM | 08/11/2009 5:14 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/12/2009 7:58 AM | 08/12/2009 4:30 PM | 3.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/12/2009 7:58 AM | 08/12/2009 4:30 PM | 5.00 | | | | 0.50 | | | | |
| Wilson, Marvin E | 08/13/2009 7:59 AM | 08/13/2009 4:30 PM | 8.00 | | | | 0.50 | | | | |
| Wilson, Marvin E | 08/14/2009 7:58 AM | 08/14/2009 5:31 PM | 9.00 | 85.00 | 22.06428 | $1,875.46 | 5.00 | 5.00 | 95.00 | 8.75 | $831.25 |
| Wilson, Marvin E | 08/15/2009 7:59 AM | 08/15/2009 5:12 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/18/2009 8:00 AM | 08/18/2009 5:59 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/19/2009 7:59 AM | 08/19/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/20/2009 8:00 AM | 08/20/2009 5:10 PM | 4.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/20/2009 8:00 AM | 08/20/2009 5:10 PM | 4.75 | | | | | | | | |
| Wilson, Marvin E | 08/21/2009 8:00 AM | 08/21/2009 6:29 PM | 10.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/22/2009 8:00 AM | 08/22/2009 5:09 PM | 2.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 08/22/2009 8:00 AM | 08/22/2009 5:09 PM | 6.00 | 62.75 | 22.06428 | $1,384.53 | 3.50 | 3.50 | 69.75 | 8.75 | $610.31 |
| Wilson, Marvin E | 09/01/2009 8:00 AM | 09/01/2009 4:36 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/02/2009 8:00 AM | 09/02/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/03/2009 8:03 AM | 09/03/2009 6:00 PM | 1.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/03/2009 8:03 AM | 09/03/2009 6:00 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 09/04/2009 8:00 AM | 09/04/2009 5:30 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/05/2009 8:00 AM | 09/05/2009 5:00 PM | 1.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/05/2009 8:00 AM | 09/05/2009 5:00 PM | 7.00 | | | | | | | | |
| Wilson, Marvin E | 09/07/2009 8:00 AM | 09/07/2009 4:35 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/08/2009 8:00 AM | 09/08/2009 4:27 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/09/2009 7:59 AM | 09/09/2009 4:30 PM | 8.00 | 67.00 | 22.06428 | $1,478.31 | 4.00 | 4.00 | 75.00 | 8.75 | $656.25 |
| Wilson, Marvin E | 09/11/2009 8:00 AM | 09/11/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/12/2009 8:00 AM | 09/12/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/15/2009 8:00 AM | 09/15/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/16/2009 8:00 AM | 09/16/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/17/2009 8:00 AM | 09/17/2009 4:32 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/18/2009 7:59 AM | 09/18/2009 5:10 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/19/2009 8:00 AM | 09/19/2009 4:37 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/22/2009 7:59 AM | 09/22/2009 4:41 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/23/2009 8:04 AM | 09/23/2009 5:28 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/24/2009 8:00 AM | 09/24/2009 5:59 PM | 3.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/24/2009 8:00 AM | 09/24/2009 5:59 PM | 6.00 | 83.50 | 22.06428 | $1,842.37 | 5.00 | 5.00 | 93.50 | 8.75 | $818.13 |
| Wilson, Marvin E | 09/25/2009 7:59 AM | 09/25/2009 5:08 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/26/2009 8:00 AM | 09/26/2009 4:39 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/29/2009 7:58 AM | 09/29/2009 5:43 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 09/30/2009 8:05 AM | 09/30/2009 4:41 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/01/2009 7:57 AM | 10/01/2009 4:37 PM | 2.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/01/2009 7:57 AM | 10/01/2009 4:37 PM | 5.50 | | | | | | | | |
| Wilson, Marvin E | 10/07/2009 8:01 AM | 10/07/2009 5:29 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/08/2009 7:52 AM | 10/08/2009 4:30 PM | 8.25 | 59.75 | 22.06428 | $1,318.34 | 3.50 | 3.50 | 66.75 | 8.75 | $584.06 |

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 10/09/2009 7:57 AM | 10/09/2009 4:50 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/10/2009 8:00 AM | 10/10/2009 4:32 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/13/2009 7:54 AM | 10/13/2009 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/14/2009 7:59 AM | 10/14/2009 5:28 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/15/2009 8:01 AM | 10/15/2009 6:32 PM | 3.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/15/2009 8:01 AM | 10/15/2009 6:32 PM | 6.75 | | | | | | | | |
| Wilson, Marvin E | 10/16/2009 7:53 AM | 10/16/2009 4:43 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/17/2009 7:59 AM | 10/17/2009 5:34 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/20/2009 7:54 AM | 10/20/2009 4:44 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/21/2009 7:43 AM | 10/21/2009 4:30 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/22/2009 7:53 AM | 10/22/2009 5:18 PM | 2.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/22/2009 7:53 AM | 10/22/2009 5:18 PM | 6.25 | 85.75 | 22.06428 | $1,892.01 | 5.00 | 5.00 | 95.75 | 8.75 | $837.81 |
| Wilson, Marvin E | 10/23/2009 7:25 AM | 10/23/2009 4:24 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/24/2009 7:29 AM | 10/24/2009 4:14 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/29/2009 7:25 AM | 10/29/2009 5:07 PM | 1.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/29/2009 7:25 AM | 10/29/2009 5:07 PM | 7.25 | | | | | | | | |
| Wilson, Marvin E | 10/30/2009 7:24 AM | 10/30/2009 4:38 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 10/31/2009 7:29 AM | 10/31/2009 4:10 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/03/2009 7:23 AM | 11/03/2009 4:06 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/04/2009 7:27 AM | 11/04/2009 4:41 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/05/2009 7:25 AM | 11/05/2009 6:17 PM | 4.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/05/2009 7:25 AM | 11/05/2009 6:17 PM | 6.25 | 69.75 | 22.06428 | $1,538.98 | 4.00 | 4.00 | 77.75 | 8.75 | $680.31 |
| Wilson, Marvin E | 11/06/2009 7:26 AM | 11/06/2009 4:36 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/07/2009 7:27 AM | 11/07/2009 4:05 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/10/2009 7:27 AM | 11/10/2009 4:35 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/11/2009 7:24 AM | 11/11/2009 4:07 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/12/2009 7:23 AM | 11/12/2009 4:30 PM | 1.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/12/2009 7:23 AM | 11/12/2009 4:30 PM | 7.00 | | | | | | | | |
| Wilson, Marvin E | 11/13/2009 7:26 AM | 11/13/2009 5:16 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/14/2009 7:25 AM | 11/14/2009 6:04 PM | 10.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/17/2009 7:30 AM | 11/17/2009 4:57 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/18/2009 7:23 AM | 11/18/2009 4:45 PM | 5.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/18/2009 7:23 AM | 11/18/2009 4:45 PM | 3.75 | 78.50 | 22.06428 | $1,732.05 | 4.50 | 4.50 | 87.50 | 8.75 | $765.63 |
| Wilson, Marvin E | 11/20/2009 7:27 AM | 11/20/2009 5:29 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/24/2009 7:26 AM | 11/24/2009 5:30 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/25/2009 7:23 AM | 11/25/2009 4:03 PM | 3.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/25/2009 7:23 AM | 11/25/2009 4:03 PM | 5.00 | | | | | | | | |
| Wilson, Marvin E | 11/27/2009 7:27 AM | 11/27/2009 4:37 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 11/28/2009 7:31 AM | 11/28/2009 4:46 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/01/2009 7:24 AM | 12/01/2009 5:36 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/02/2009 7:30 AM | 12/02/2009 4:10 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/03/2009 7:26 AM | 12/03/2009 4:40 PM | 3.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/03/2009 7:26 AM | 12/03/2009 4:40 PM | 5.00 | | | | | | | | |
| Wilson, Marvin E | 12/04/2009 7:28 AM | 12/04/2009 5:13 PM | 9.25 | 70.75 | 22.06428 | $1,561.05 | 4.00 | 4.00 | 78.75 | 8.75 | $689.06 |

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 12/09/2009 7:25 AM | 12/09/2009 4:33 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/10/2009 7:23 AM | 12/10/2009 4:07 PM | 1.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/10/2009 7:23 AM | 12/10/2009 4:07 PM | 6.25 | | | | | | | | |
| Wilson, Marvin E | 12/15/2009 7:24 AM | 12/15/2009 5:01 PM | 9.00 | | | | 0.50 | | | | |
| Wilson, Marvin E | 12/16/2009 7:26 AM | 12/16/2009 5:06 PM | 9.00 | | | | 0.50 | | | | |
| Wilson, Marvin E | 12/17/2009 7:29 AM | 12/17/2009 4:10 PM | 8.25 | 52.00 | 22.06428 | $1,147.34 | 3.00 | 0.50 | 58.00 | 8.75 | $507.50 |
| Wilson, Marvin E | 12/18/2009 7:27 AM | 12/18/2009 4:24 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/19/2009 7:32 AM | 12/19/2009 4:21 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/22/2009 7:23 AM | 12/22/2009 4:08 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/23/2009 7:24 AM | 12/23/2009 4:11 PM | 1.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/23/2009 7:24 AM | 12/23/2009 4:11 PM | 7.00 | | | | | | | | |
| Wilson, Marvin E | 12/29/2009 7:26 AM | 12/29/2009 4:16 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/30/2009 7:27 AM | 12/30/2009 5:30 PM | 1.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 12/30/2009 7:27 AM | 12/30/2009 5:30 PM | 7.75 | 51.00 | 22.06428 | $1,125.28 | 3.00 | 3.00 | 57.00 | 8.75 | $498.75 |
| Wilson, Marvin E | 01/02/2010 7:28 AM | 01/02/2010 4:28 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/05/2010 7:25 AM | 01/05/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/06/2010 7:25 AM | 01/06/2010 5:28 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/07/2010 7:25 AM | 01/07/2010 4:57 PM | 3.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/07/2010 7:25 AM | 01/07/2010 4:57 PM | 6.00 | | | | | | | | |
| Wilson, Marvin E | 01/08/2010 7:23 AM | 01/08/2010 5:01 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/09/2010 7:26 AM | 01/09/2010 4:13 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/12/2010 7:25 AM | 01/12/2010 6:58 PM | 11.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/13/2010 7:30 AM | 01/13/2010 4:28 PM | 4.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/13/2010 7:30 AM | 01/13/2010 4:28 PM | 3.75 | 71.75 | 22.06428 | $1,583.11 | 4.00 | 4.00 | 79.75 | 8.75 | $697.81 |
| Wilson, Marvin E | 01/15/2010 7:30 AM | 01/15/2010 5:07 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/16/2010 7:35 AM | 01/16/2010 4:11 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/20/2010 7:31 AM | 01/20/2010 4:47 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/21/2010 7:26 AM | 01/21/2010 4:49 PM | 2.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/21/2010 7:26 AM | 01/21/2010 4:49 PM | 6.00 | | | | | | | | |
| Wilson, Marvin E | 01/22/2010 7:23 AM | 01/22/2010 4:30 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/23/2010 7:26 AM | 01/23/2010 4:06 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/26/2010 7:24 AM | 01/26/2010 4:57 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/27/2010 7:29 AM | 01/27/2010 4:56 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/28/2010 7:26 AM | 01/28/2010 4:12 PM | 2.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 01/28/2010 7:26 AM | 01/28/2010 4:12 PM | 5.50 | | | | | | | | |
| Wilson, Marvin E | 01/29/2010 7:29 AM | 01/29/2010 4:20 PM | 8.25 | 77.50 | 22.06428 | $1,709.98 | 4.50 | 4.50 | 86.50 | 8.75 | $756.88 |
| Wilson, Marvin E | 01/30/2010 7:30 AM | 01/30/2010 4:28 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/02/2010 7:23 AM | 02/02/2010 4:32 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/03/2010 7:29 AM | 02/03/2010 4:36 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/04/2010 7:27 AM | 02/04/2010 4:25 PM | 2.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/04/2010 7:27 AM | 02/04/2010 4:25 PM | 6.25 | | | | | | | | |
| Wilson, Marvin E | 02/05/2010 7:30 AM | 02/05/2010 4:02 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/06/2010 7:27 AM | 02/06/2010 4:23 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/09/2010 7:25 AM | 02/09/2010 4:17 PM | 8.25 | | | | 0.50 | 0.50 | | | |

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 02/10/2010 7:28 AM | 02/10/2010 4:30 PM | 1.25 | | | | 0.50 | | | | |
| Wilson, Marvin E | 02/10/2010 7:28 AM | 02/10/2010 4:30 PM | 7.25 | 75.50 | 22.06428 | $1,665.85 | 4.50 | 4.50 | 84.50 | 8.75 | $739.38 |
| Wilson, Marvin E | 02/12/2010 7:24 AM | 02/12/2010 4:08 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/13/2010 7:30 AM | 02/13/2010 4:01 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/16/2010 7:35 AM | 02/16/2010 6:11 PM | 10.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/17/2010 7:24 AM | 02/17/2010 4:40 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/18/2010 7:23 AM | 02/18/2010 4:45 PM | 4.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/18/2010 7:23 AM | 02/18/2010 4:45 PM | 4.75 | | | | | | | | |
| Wilson, Marvin E | 02/19/2010 7:27 AM | 02/19/2010 4:30 PM | 8.50 | | | | | | | | |
| Wilson, Marvin E | 02/20/2010 7:28 AM | 02/20/2010 4:01 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 02/23/2010 7:30 AM | 02/23/2010 4:22 PM | 8.25 | | | | | | | | |
| Wilson, Marvin E | 02/24/2010 7:30 AM | 02/24/2010 4:00 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 02/25/2010 7:28 AM | 02/25/2010 4:01 PM | 0.75 | | | | | | | | |
| Wilson, Marvin E | 02/25/2010 7:28 AM | 02/25/2010 4:01 PM | 7.25 | 84.75 | 22.06428 | $1,869.95 | 5.00 | 5.00 | 94.75 | 8.75 | $829.06 |
| Wilson, Marvin E | 02/26/2010 7:33 AM | 02/26/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 02/27/2010 7:23 AM | 02/27/2010 4:40 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/02/2010 7:23 AM | 03/02/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/03/2010 7:24 AM | 03/03/2010 4:24 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/04/2010 7:29 AM | 03/04/2010 4:00 PM | 1.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/04/2010 7:29 AM | 03/04/2010 4:00 PM | 6.75 | | | | | | | | |
| Wilson, Marvin E | 03/05/2010 7:23 AM | 03/05/2010 4:04 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 03/09/2010 7:30 AM | 03/09/2010 4:02 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 03/10/2010 7:25 AM | 03/10/2010 4:01 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 03/11/2010 7:25 AM | 03/11/2010 4:08 PM | 0.25 | | | | | | | | |
| Wilson, Marvin E | 03/11/2010 7:25 AM | 03/11/2010 4:08 PM | 8.00 | 73.50 | 22.479088 | $1,652.21 | 4.50 | 4.50 | 82.50 | 8.75 | $721.88 |
| Wilson, Marvin E | 03/12/2010 7:28 AM | 03/12/2010 2:53 PM | 7.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/16/2010 7:25 AM | 03/16/2010 3:58 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/17/2010 7:26 AM | 03/17/2010 4:03 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/18/2010 7:55 AM | 03/18/2010 4:30 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/19/2010 7:26 AM | 03/19/2010 4:58 PM | 9.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/20/2010 7:25 AM | 03/20/2010 4:01 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/23/2010 7:36 AM | 03/23/2010 4:14 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/24/2010 7:33 AM | 03/24/2010 3:58 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 03/25/2010 7:22 AM | 03/25/2010 4:04 PM | 1.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/25/2010 7:22 AM | 03/25/2010 4:04 PM | 6.75 | 72.50 | 22.479088 | $1,629.73 | 4.50 | 4.50 | 81.50 | 8.75 | $713.13 |
| Wilson, Marvin E | 03/26/2010 7:25 AM | 03/26/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/27/2010 7:23 AM | 03/27/2010 3:59 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/30/2010 7:24 AM | 03/30/2010 4:02 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 03/31/2010 7:40 AM | 03/31/2010 4:17 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/01/2010 7:23 AM | 04/01/2010 4:11 PM | 0.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/01/2010 7:23 AM | 04/01/2010 4:11 PM | 8.00 | | | | | | | | |
| Wilson, Marvin E | 04/02/2010 7:24 AM | 04/02/2010 4:07 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/03/2010 7:29 AM | 04/03/2010 4:03 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/06/2010 7:24 AM | 04/06/2010 4:10 PM | 8.25 | | | | 0.50 | 0.50 | | | |

| NAME | INPUNCHDTM | OUTPUNCHDTM | HOURS | TOTAL HRS WORKED | x ACTUAL RATE | TOTAL AMT PAID | + LUNCH (.50) | + PRE-SHIFT (.50) | TOTAL HRS WORKED + LUNCH + PRE-SHIFT | x HIGHEST MINIMUM WAGE | MAXIMUM MINIMUM WAGES OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Marvin E | 04/07/2010 7:23 AM | 04/07/2010 4:07 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/08/2010 7:23 AM | 04/08/2010 4:00 PM | 0.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/08/2010 7:23 AM | 04/08/2010 4:00 PM | 7.75 | 80.50 | 22.479088 | $1,809.57 | 5.00 | 5.00 | 90.50 | 8.75 | $791.88 |
| Wilson, Marvin E | 04/09/2010 7:30 AM | 04/09/2010 4:03 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/10/2010 7:30 AM | 04/10/2010 4:03 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/13/2010 7:23 AM | 04/13/2010 4:15 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/14/2010 7:23 AM | 04/14/2010 4:40 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/15/2010 7:24 AM | 04/15/2010 4:03 PM | 1.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/15/2010 7:24 AM | 04/15/2010 4:03 PM | 7.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/16/2010 7:23 AM | 04/16/2010 4:17 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/17/2010 7:30 AM | 04/17/2010 5:21 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/20/2010 7:23 AM | 04/20/2010 5:18 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/21/2010 7:23 AM | 04/21/2010 5:58 PM | 10.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/22/2010 7:25 AM | 04/22/2010 4:16 PM | 5.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/22/2010 7:25 AM | 04/22/2010 4:16 PM | 3.25 | 86.00 | 22.479088 | $1,933.20 | 5.00 | 5.00 | 96.00 | 8.75 | $840.00 |
| Wilson, Marvin E | 04/23/2010 7:25 AM | 04/23/2010 4:21 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/24/2010 7:24 AM | 04/24/2010 4:05 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/27/2010 7:26 AM | 04/27/2010 5:26 PM | 9.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/28/2010 7:30 AM | 04/28/2010 4:47 PM | 8.75 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/29/2010 7:28 AM | 04/29/2010 4:01 PM | 2.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/29/2010 7:28 AM | 04/29/2010 4:01 PM | 5.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 04/30/2010 7:29 AM | 04/30/2010 4:05 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/01/2010 7:23 AM | 05/01/2010 4:01 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/05/2010 7:28 AM | 05/05/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/06/2010 7:30 AM | 05/06/2010 4:00 PM | 8.00 | 74.50 | 22.479088 | $1,674.69 | 4.50 | 4.50 | 83.50 | 8.75 | $730.63 |
| Wilson, Marvin E | 05/07/2010 7:29 AM | 05/07/2010 5:09 PM | 9.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/08/2010 7:23 AM | 05/08/2010 4:03 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/11/2010 7:24 AM | 05/11/2010 4:19 PM | 8.25 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/12/2010 7:30 AM | 05/12/2010 4:02 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/13/2010 7:27 AM | 05/13/2010 4:05 PM | 1.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/13/2010 7:27 AM | 05/13/2010 4:05 PM | 6.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/14/2010 7:31 AM | 05/14/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/15/2010 7:27 AM | 05/15/2010 4:04 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/18/2010 7:28 AM | 05/18/2010 4:01 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/19/2010 7:24 AM | 05/19/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/20/2010 7:28 AM | 05/20/2010 4:01 PM | 8.00 | 81.50 | 22.479088 | $1,832.05 | 5.00 | 5.00 | 91.50 | 8.75 | $800.63 |
| Wilson, Marvin E | 05/21/2010 7:30 AM | 05/21/2010 4:00 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/25/2010 7:30 AM | 05/25/2010 4:36 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/26/2010 7:26 AM | 05/26/2010 4:27 PM | 8.50 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/27/2010 7:25 AM | 05/27/2010 4:01 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 05/28/2010 7:27 AM | 05/28/2010 4:01 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/02/2010 7:25 AM | 06/02/2010 3:58 PM | 8.00 | | | | 0.50 | 0.50 | | | |
| Wilson, Marvin E | 06/03/2010 7:27 AM | 06/03/2010 4:00 PM | 8.00 | 57.00 | 22.479088 | $1,281.31 | 3.50 | 3.50 | 64.00 | 8.75 | $560.00 |